# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 09-068V
### (Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
THOMAS J. CANNY and                           *
JULIA CANNY, parents                          *
of C.C., a minor,                             *
                                              *
                Petitioners,                  *
                                              *        Filed:  November 2, 2015
         v.                                   *
                                              *        Decision on Attorneys'
SECRETARY OF HEALTH AND                       *        Fees and Costs
HUMAN SERVICES                                *
                                              *
                Respondent.                   *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### DECISION (ATTORNEY FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on June 16, 2015. On November 2, 2015, the parties filed a joint stipulation of fact concerning attorneys' fees and costs in this matter. The parties' stipulation requests a total payment of $20,327.50, representing attorneys' fees and costs for work performed by the law firm of Robert J. Krakow.

I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, I hereby award the total $20,327.50 as a lump sum in the form of a check payable jointly to Petitioners and Petitioners' counsel, Robert J. Krakow.**

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2012).

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.